UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| TERRY PAUL HYSER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CAUSE NO.  3:05-CV-628 RM |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

OPINION AND ORDER

Terry Paul Hyser, a *pro se* prisoner, filed many documents totaling hundreds of pages containing a rambling discussion of nearly every imaginable facet of his prison life and purporting to represent every prisoner incarcerated in every facility of the Indiana Department of Correction (approximately 26,000 by his count). Unable to reasonably review his claims pursuant to 28 U.S.C. § 1915A, this court ordered him to file a single amended complaint containing all of his claims. Mr. Hyser moved to reconsider and this court denied that motion. Now Mr. Hyser has filed six additional documents totaling 26 pages, but he has not filed an amended complaint.

Instead, he filed a motion asking for an additional 120 days to file an amended complaint. This request is unreasonable. During the month that he was given to prepare an amended complaint he has filed 8 documents totaling 38 pages, yet he still has not submitted a short, plain statement separately stating each claim, specifically identifying each defendant, particularly describing how he was injured by each defendant, and explaining what relief he seeks for himself.

Mr. Hyser has demonstrated that he can write both legibly and directly. He has demonstrated that he had adequate time to prepare an amended complaint, but instead, he choose to spend his time preparing other filings.

For an example of the difficulty the court has had interpreting his filings, Mr. Hyser stated in his previous motion to reconsider that the defendants listed on the docket are different from those he intended to sue. Without the required single complaint, the court is unable to proceed. Without defendants and a complaint which states a claim, the injunctive relief he perpetually seeks is impossible. The deadline for filing an intelligible complaint in this case has now passed, so this case will be dismissed without prejudice. If Mr. Hyser wishes to continue to pursue these claims, he may, within the limits of the statute of limitations, take whatever time he deems necessary before filing a new lawsuit.

For the forgoing reasons, the court:

(1) **DENIES** the motion to enlarge time (docket # 40);

(2) **DENIES** the motions for injunctive relief (docket ## 41, 43, and 44);

(3) **DISMISSES** this case **WITHOUT PREJUDICE**; and

(4) **DIRECTS** the clerk to encloses a blank 42 U.S.C. § 1983 Prisoner Complaint packet.

SO ORDERED.

ENTERED: March 6 , 2006

/s/ Robert L. Miller, Jr.

                                           Chief Judge
                                           United States District Court